**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

**FAWAD NOORI,**

      **Petitioner,**

      **v.**                           **Cause No. 1:26-cv-00083-HAB-ALT**

**KRISTI NOEM,** *et al.*,

      **Respondents.**

## ORDER

Fawad Noori, a civil detainee at the Miami Correctional Facility, filed this case by counsel in the Fort Wayne Division. Because the Miami Correctional Facility is in the South Bend Division, it may not be litigated in the Fort Wayne Division. *See* N.D. Ind. L.R. 3-1(a). When "the court determines a case is filed in a division without proper venue, the court may, pursuant to 29 U.S.C. § 1406: (1) dismiss the case; or (2) in the interests of justice, transfer the case by issuing an order directing the clerk to reopen the case in a proper division." L.R. 3-1(b).

For these reasons, the clerk is DIRECTED to close this case, open a new case with these filings in the South Bend Division, and to randomly assign judges under General Order 2025-15.

SO ORDERED.

Entered this 19th day of February 2026.

                                      /s/ Andrew L. Teel
                                      Andrew L. Teel
                                      United States Magistrate Judge